15-1823
Francis v. Kings Park Manor, Inc.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of April, two thousand nineteen.

Present:
Rosemary S. Pooler,
Debra Ann Livingston,
Raymond J. Lohier, Jr.,
*Circuit Judges*.

_____

Donahue Francis,

Plaintiff – Appellant,

v.                                                                                              15-1823

Kings Park Manor, Inc., Corrine Downing,

Defendants – Appellees,

Raymond Endres,

Defendant.

_____

It is hereby ORDERED that this Court's decision and opinions, issued on March 4, 2019, are WITHDRAWN.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court